**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **D&D Trucking, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **55-0774807** |
| 4. | **Debtor's address** | **Principal place of business**  **8841 Route 20 South Road**  **French Creek, WV 26218**  Number, Street, City, State & ZIP Code  **Upshur**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **107 Marteney Road Buckhannon, WV 26201**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4841__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

■ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

2/24/25 1:39PM
Debtor D&D Trucking, LLC                         Case number (if known)
       Name
Case No. 2:25-bk-00075    Doc 1    Filed 02/24/25    Entered 02/24/25 13:41:16    Page 3 of 10

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No<br>☐ Yes. |
|---|---|---|

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|

☐ $50,001 - $100,000              ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000             ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **2/23/2025**
                MM / DD / YYYY

**X /s/ David Alan Henthorne**                                 **David Alan Henthorne**
Signature of authorized representative of debtor              Printed name

Title   **Owner**

**18. Signature of attorney**

**X /s/ Martin P. Sheehan**                                    Date **2/23/2025**
Signature of attorney for debtor                                     MM / DD / YYYY

**Martin P. Sheehan 4812**
Printed name

**SHEEHAN & ASSOCIATES, P.L.L.C.**
Firm name

**1140 Main St., Ste 333**
**Wheeling, WV 26003**
Number, Street, City, State & ZIP Code

Contact phone  **304-232-1064**         Email address  **martin@msheehanlaw.net**

**4812 WV**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **D&D Trucking, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF WEST VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Midland States Bank** 1201 Network Centre Drive Effingham, IL 62401 | | | | $292,088.01 | $0.00 | $292,088.01 |
| **Mid Country Equipment Finance** 7825 Washington Ave S, Ste 120 Bloomington, MN 55439 | | Deficiency Balance on 2022 Peterbilt 389 | | | | $123,523.94 |
| **ODK Capital, LLC** 4700 W Daybreak Pkwy, Ste 200 South Jordan, UT 84009-5133 | | Loan Agreement | | | | $37,086.65 |
| **Peter C. Merani, P.C.** c/o Port Authority of NY and NJ PO Box 787432 Philadelphia, PA 19178-7432 | | Tolls | | | | $15,554.64 |
| **Peter C. Merani, P.C.** c/o Port Authority of NY and NJ PO Box 787432 Philadelphia, PA 19178-7432 | | Tolls | | | | $11,476.37 |
| **Internal Revenue Service** Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | Excise Tax under 507(a)(8)(E) | | | | $4,800.00 |

Debtor **D&D Trucking, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Community Bank** **PO Box 5789** **Princeton, WV 24740** | | **1997 Kenworth T600 VIN # 1XKAD29XXV5733523 Does not run / No Motor** | | Unknown | $5,000.00 | Unknown |
| **First Community Bank** **PO Box 5789** **Princeton, WV 24740** | | **1995 Peterbilt Tractor VIN # 1XP5DB9X3SN381479** | | Unknown | $60,000.00 | Unknown |
| **First Community Bank** **PO Box 5789** **Princeton, WV 24740** | | **1996 Freightlilner Tractor VIN # 1FUPDDZB4TH796684 Does not run / No Motor** | | Unknown | $5,000.00 | Unknown |
| **First Community Bank** **PO Box 5789** **Princeton, WV 24740** | | **1998 Peterbilt Tractor VIN # 1XP5DB9X5WN457418** | | Unknown | $40,000.00 | Unknown |
| **First Community Bank** **PO Box 5789** **Princeton, WV 24740** | | **2000 Peterbilt Tractor VIN # 1XP5D69X0YN514828** | | Unknown | $50,000.00 | Unknown |
| **First Community Bank** **PO Box 5789** **Princeton, WV 24740** | | **2004 Peterbilt Tractor VIN # 1XP5DB9X84N833557** | | Unknown | $60,000.00 | Unknown |
| **First Community Bank** **PO Box 5789** **Princeton, WV 24740** | | **2005 Manac Trailer VIN # 5MC2226275P005329** | | Unknown | $12,000.00 | Unknown |
| **First Community Bank** **PO Box 5789** **Princeton, WV 24740** | | **2007 Benson Trailer VIN # 5DMFABTB07C001573** | | Unknown | $12,000.00 | Unknown |
| **Maryland Workers' Compensation Commissio 10 East Baltimore St Baltimore, MD 21202-1641** | | | | | | $0.00 |

```
D&D Trucking, LLC
8841 Route 20 South Road
French Creek, WV 26218


Martin P. Sheehan
SHEEHAN & ASSOCIATES, P.L.L.C.
1140 Main St., Ste 333
Wheeling, WV 26003


Anthony Rogers
155 Armstrong Street
Keyser, WV 26726


Aubrey Thrasher Attorneys at Law
1170 Peachtree Street, Ste 1925
Atlanta, GA 30309


Chad Loudin
1062 Vegan Road
Ellamore, WV 26267


David Alan Henthorne
8841 Route 20 South Road
French Creek, WV 26218


First Community Bank
PO Box 5789
Princeton, WV 24740


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


James A. Cooper, Esq.
JC Law, PLLC
PO Box 889
Rocky Mount, VA 24151


Maryland Workers' Compensation Commissio
10 East Baltimore St
Baltimore, MD 21202-1641
```

```
Mid Country Equipment Finance
7825 Washington Ave S, Ste 120
Bloomington, MN 55439


Midland States Bank
1201 Network Centre Drive
Effingham, IL 62401


ODK Capital, LLC
4700 W Daybreak Pkwy, Ste 200
South Jordan, UT 84009-5133


Peter C. Merani, P.C.
c/o Port Authority of NY and NJ
PO Box 787432
Philadelphia, PA 19178-7432


RTWO Trucking LLC
2122 Highway 19S
Walkersville, WV 26447


Steven E. Sisler
4602 Chenoweth Creek Rd
Elkins, WV 26241
```

# United States Bankruptcy Court
## Northern District of West Virginia

In re  **D&D Trucking, LLC**                                  Case No.
                         Debtor(s)                  Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **D&D Trucking, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**2/23/2025**
Date

**/s/ Martin P. Sheehan**
**Martin P. Sheehan 4812**
Signature of Attorney or Litigant
Counsel for  **D&D Trucking, LLC**
**SHEEHAN & ASSOCIATES, P.L.L.C.**
**1140 Main St., Ste 333**
**Wheeling, WV 26003**
**304-232-1064 Fax:304-232-1066**
**martin@msheehanlaw.net**